IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **JOYCE MARTINEZ,** | § § | **CIVIL ACTION NO. 4:20-cv-1064** |
| *Plaintiff,* | § § | |
| v. | § § | |
| | § | **Removed from the District Court of** |
| **GENOA HEALTHCARE, LLC,** | § § | **Fort Bend County, Texas, 240th Judicial District, Cause No. 20-** |
| *Defendant.* | § | **DCV-271305** |

## DEFENDANT'S NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant Optum Services. Inc. (incorrectly named as Genoa Healthcare, LLC) ("OSI'/"Defendant"), hereby removes this civil action from the 240th Judicial District Court of Fort Bend County to the United States District Court for the Southern District of Texas, pursuant to 28 U.S.C. § 1441(a) and §1331, as this case involves a federal question. In support of this Notice, Defendant state as follows:

### INTRODUCTION

By her Original Petition filed on or about July 19, 2019, Joyce Martinez ("Martinez"/"Plaintiff") filed suit in the 240th Judicial District Court of Fort Bend County, Texas, in Cause No. 20-DCV-271305, styled "*Joyce Martinez vs. Genoa Healthcare, LLC*," against OSI. There are no other parties to that action. Martinez alleges discrimination (based on sex and age) and retaliation in violation of Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act, and the Texas Labor Code. Neither Plaintiff nor Defendant demanded a jury.

## I. JURISDICTION

Plaintiff alleges federal claims under Title VII of the Civil Rights Act of 1964 and the Age Discrimination in Employment Act. The Court has jurisdiction of these claims under 28 U.S.C. Section 1331. The Court has jurisdiction over Plaintiff's pendant state law claims, arising under the same circumstances as her federal claims, pursuant to 28 U.S.C. Section 1367(a).

## II. REMOVAL IS TIMELY

On February 28, 2020, Martinez served OSI by process server with a copy of the Original Petition and Citation. As required by 28 U.S.C. Section 1446(b), this Notice of Removal is timely filed within thirty days of OSI's receipt of the Original Petition.

## III. VENUE

Venue in this District is proper pursuant to 28 U.S.C. Section 1446(a) because the judicial district of Fort Bend County, in which Plaintiff filed the Original Petition, is included in the United States District Court for the Southern District of Texas, Houston Division's territory.

## III. NOTICE TO STATE COURT, OPPOSING PARTY

Written notice of the filing of this Notice of Removal is being delivered to Plaintiff through his counsel of record. A copy of the Notice of Removal will be filed with the Clerk of Court for the 240th Judicial District Court of Fort Bend County, Texas.

## IV. COMPLIANCE WITH THE LOCAL RULES

In accordance with LR-81 of the Southern District of Texas, Defendant attaches the following to this Notice of Removal:

1. All executed process in the case;
2. Pleadings asserting causes of action, e.g., petitions, counterclaims, cross actions, third-party actions, interventions and all answers to such pleadings;

3. All orders signed by the state judge;

4. The docket sheet;

5. An index of matters being filed; and

6. A list of all counsel of record, including addresses, telephone numbers and parties represented.

## VII.   CONCLUSION/PRAYER

Defendant respectfully request that this Court exercise its jurisdiction over this action, and enter such further orders and grant such further relief as may be necessary to secure removal to a federal court.

Respectfully Submitted,

**JACKSON LEWIS P.C.**

*/s/ Pamela B. Linberg*
Pamela B. Linberg
Texas State Bar No. 00793299
Pamela.Linberg@jacksonlewis.com
Jamie L. Houston
Texas State Bar No. 24097847
Jamie.Houston@jacksonlewis.com
1415 Louisiana, Suite 3325
Houston, Texas 77002-7332
Telephone: (713) 650-0404
Facsimile: (713) 650-0405

**ATTORNEYS FOR DEFENDANT OPTUM SERVICES. INC.**

## **CERTIFICATE OF SERVICE**

   I certify that I filed the foregoing document in accordance with the protocols for e-filing through the CM/ECF system in the United States District Court for the Southern District of Texas, Houston Division, on March 25, 2020, and therefore has been served upon all counsel of record in accordance with such e-filing protocols.

  Robert E. Goodman, Jr.
  Kilgore & Kilgore, PLLC
  3109 Carlisle Street
  Dallas, Texas 75204
  reg@kilgorelaw.com
  Tel: (214) 379-0823
  Fax: (214) 379-0840
  *Attorney for Plaintiff*

               */s/ Pamela B. Linberg*
              Pamela B. Linberg