UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| JOYCE MARTINEZ, | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:20-CV-01138-X |
| | § | |
| OPTUM SERVICES, INC. | § | |
| | § | |
| Defendant. | § | |

# MEMORANDUM OPINION AND ORDER

This case arises from alleged sex and age discrimination in violation of Title VII, the Age Discrimination in Employment Act, and the Texas Labor Code. The Defendant, Optum Services, Inc. (Optum), designated expert witnesses regarding attorneys' fees. [Doc. No. 18]. The plaintiff, Joyce Martinez, moved to strike that designation. [Doc. No. 19]. Because federal courts handle attorneys' fees in a motion the prevailing party files fourteen (14) days after the final judgment, the jury does not hear the fee issue.[1] The Court therefore finds that Martinez's motion to strike is meritless and **DENIES** the motion.

**IT IS SO ORDERED** this 18th day of May 2021

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

---

[1] *See* FED. R. CIV. P. 54(d)(2).