UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOYCE MARTINEZ, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | Civil Action No. 3:20-CV-01138-X |
| § | |
| OPTUM SERVICES, INC., § | |
| § | |
| *Defendant.* § | |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal with Prejudice filed May 6, 2022 it is hereby **ORDERED** that this entire action be **DISMISSED WITH PREJUDICE**, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own fees and costs.

**IT IS SO ORDERED** this 9th day of May, 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE